UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TODD M. CAWARD,

    Plaintiff,

v.                                        Case No. 5:17cv5-MW-CJK

FCI MARIANNA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On January 11, 2017, the court ordered plaintiff to, within 30 days, file an amended complaint on the court-provided form and either submit a motion to proceed *in forma pauperis* or pay the $400.00 filing fee. (Doc. 3). The court subsequently extended the deadline to comply with the January 11 order until March 13, 2017. (Doc. 6). Plaintiff failed to comply with the order within the allotted time. On March 16, 2017, the court ordered plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. (Doc. 7). That order was sent to plaintiff at the Federal Correctional Institution in Marianna, Florida, but returned as undeliverable. (Doc. 8). Because the Bureau of Prisons' website indicated plaintiff was confined at the correctional institution in Jesup, Georgia, the court directed the clerk to send the show cause order to plaintiff at that institution on April 4, 2017. (Doc. 9). To

date, plaintiff has not complied with the January 11 order or responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 21st day of April, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.