IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TODD M. CAWARD,**

    **Plaintiff,**

v.                                                    Case No. 5:17cv5-MW/CJK

**FCI MARIANNA,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and/or failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on May 24, 2017.**

                                                          s/Mark E. Walker     
                                                          **United States District Judge**